UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS DWAYNE MAYBERRY, ) | | |
| # 605575 ) | | |
| ) | | |
| Petitioner, ) | | CIVIL ACTION NO. |
| ) | | |
| VS. ) | | 3:97-CV-2592-G |
| ) | | |
| RICK THALER, Director, Texas ) | | |
| Department of Criminal Justice, ) | | |
| Correctional Institutions Division, ) | | |
| ) | | |
| Respondent. ) | | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that the petitioner's Rule 60(b) motion is **DENIED**.

March 22, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**